IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON SCOTT CLARK #90381, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil No. 3:24-CV-3036-X-BK |
| SHERIFF TERRY JONES, | § § § | |
| *Defendant.* | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 5). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ADOPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS SO ORDERED this 14th day of April, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE